No. 35, Orig.   UNITED STATES v. MAINE ET AL.   Accounting of the Special Master for the Massachusetts Boundary case is received and ordered filed.   [For earlier decision herein, see, e. g., 475 U. S. 89.]

No. 65, Orig.   TEXAS v. NEW MEXICO.   Report of the Special Master is received and ordered filed.   Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Replies thereto, if any, may be filed within 30 days.   Motion of the Special Master for award of interim fee allowance granted. [For earlier order herein, see, e. g., 475 U. S. 1004.]

No. 84–6811.   MCCLESKEY v. KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.   C. A. 11th Cir. [Certiorari granted, 478 U. S. 1019.]   Motions of Congressional Black Caucus et al., International Human Rights Law Group, and Franklin M. Fisher et al. for leave to file briefs as amici curiae granted.

No. 85–129.   WIMBERLY v. LABOR AND INDUSTRIAL RELATIONS COMMISSION OF MISSOURI ET AL.   Sup. Ct. Mo.   [Certiorari granted, 475 U. S. 1118.]   Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 85–1433.   RICHARDSON, WARDEN v. MARSH.   C. A. 6th Cir.   [Certiorari granted, 476 U. S. 1168.]   Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 85–1630.   HEWITT ET AL. v. HELMS.   C. A. 3d Cir.   [Certiorari granted, 476 U. S. 1181.]   Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 85–1695.   SOCIÉTÉ NATIONALE INDUSTRIELLE AÉROSPATIALE ET AL. v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA.   C. A. 8th Cir.   [Certiorari granted, 476 U. S. 1168.]   Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.